IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONTRACTORS, LABORERS, TEAMSTERS AND ENGINEERS PENSION PLAN; CONTRACTORS, LABORERS, TEAMSTERS AND ENGINEERS HEALTH AND WELFARE PLAN; LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, Local 1140; CONTRACTORS-LABORERS APPRENTICESHIP TRAINING FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS, Local 571;, NEBRASKA OPERATING ENGINEERS APPRENTICESHIP AND TRAINING FUND; and RON KAMINSKI, ROD MARSHALL, KIM QUICK, TIM McCORMICK, RON FUCINARO, and ROBERT HAYWORTH, Trustees of the Health, Welfare and Pension Funds,<br><br>           Plaintiffs,<br><br>           v.<br><br>G & G TRENCHING, Inc., a Nebraska Corporation,<br><br>           Defendant. | 8:08CV490<br><br>SCHEDULING ORDER |

      Upon review of the Report of Parties' Rule 26(f) Planning Conference (Doc. 9), and at the parties' request,

      **IT IS ORDERED** that the court will delay entering an initial progression order to facilitate immediate negotiations or mediation.  Counsel shall file a joint status report no later than **January 30, 2009**, regarding the progress of their settlement discussions.

      DATED January 7, 2009.

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**